**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO OROSCO MORALES,

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Case No: 01-367(06) (DWF/AJB)
Date: 3/18/05
Court Reporter: KRISTINE MOUSSEAU
Tape Number: N/A
Time Commenced: 2:15 P.M.
Time Concluded: 2:30 P.M.
Time in Court: 0 Hours & 15 Minutes

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 5/10

APPEARANCES:
Plaintiff: David Steinkamp
Defendant: Dan Scott

Interpreter / Language: N/A // ENGLISH

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota; **to appear before Judge Frank for final revocation hearing on a date and time to be determined by DWF.**
☐ Deft removed to charging district and is ordered to appear before on.

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information:

s/Jonathan Lebedoff
Signature of Chief U.S. Magistrate Judge