A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 MAR 17 A 10: 15

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 01-367 (6) DWF/AJB**
0541-0317-0787-D

Antonio Orosco Morales

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Antonio Orosco Morales

and bring him forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

Mary Kay Furchner — March 16, 2005 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer — Signature of Arresting Officer

ARRESTED ON 3-17-05
ARRESTED BY USMS-Mpls.
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm Modified 12/08/04