USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**ANTONIO OROSCO MORALES**

**JUDGMENT IN A CRIMINAL CASE** 2005 APR 11 P 3:18
(For **Revocation** of Supervised Release)
Case Number: **01-367(06)(DWF/AJB)** RECEIVED U.S. MARSHAL ST. PAUL MINN
USM Number: ~~10807-041~~
Social Security Number: **2904**
Date of Birth: **1969**

**Daniel M. Scott**
Defendant's Attorney

05 MAY 24 PM 4:23 RECEIVED CLERK, U.S. DIST. COURT MINNEAPOLIS

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Law Violation | Defendant convicted of second DWI charge. | 10/25/04 |
| | Defendant convicted of third DWI charge. | 3/9/05 |
| Standard Condition #9 | Defendant associated with known felon. | 3/9/05 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**APRIL 7, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**APRIL 7, 2005**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 4-7-05 in the United States District Court for the District of Minnesota.
CERTIFIED, 4-11, 2005.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED MAY 25 2005 U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: ANTONIO OROSCO MORALES
CASE NUMBER: 01-367(06)(DWF/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 MONTHS with no supervised release term to follow. Upon completion of the prison term, the defendant is discharged**.

[X] The court makes the following recommendations to the Bureau of Prisons:
**1. Defendant be confined at FCI-Waseca, Minnesota.**

[X] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] **before on .**
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 4/26/05 to FCI Waseca
at Waseca, MN, with a certified copy of this judgment.

C. Holinka, Warden

[signature]
United States Marshal

By [signature]
Deputy United States Marshal